**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**SAMUEL SMITH, JR.**                                                                **PLAINTIFF**

**V.**                                        **CIVIL CAUSE NO. 3:12-CV-385-HTW-LRA**

**JERRY CARVER, ET AL.**                                                       **DEFENDANTS**

**ORDER OF DISMISSAL**

  All parties having agreed to and announced to the court a settlement of this case,

and the court being desirous that this matter be finally closed on its active docket,

  IT IS ORDERED that this case is hereby dismissed without prejudice as to all

parties.

  If any party fails to consummate this settlement within **TWENTY (20) DAYS**, any

aggrieved party may reopen the case for enforcement of the settlement agreement and, if

successful, all additional attorney fees and costs from the date of this order shall be

awarded such aggrieved party or parties against the party failing to consummate the

agreement.

  **SO ORDERED, this the 30th day of July, 2014.**


        **s/ HENRY T. WINGATE**
        **UNITED STATES DISTRICT JUDGE**